**STATE of Missouri, Plaintiff/Respondent,**

v.

**Donald GIAMMANCO, Defendant/Appellant.**

No. ED 95513.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 25, 2011.

Shaun J. Mackelprang, Richard A. Starnes, Jefferson City, MO, for Plaintiff/Respondent.

Rosalind Koch, Columbia, MO, for Defendant/Appellant.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Donald Giammanco appeals from the trial court's judgment entered upon a jury verdict convicting him of seven counts of first-degree robbery. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court committed no plain error. Rule 30.20;[1] *State v. Washington*, 260 S.W.3d 875, 879 (Mo.App. E.D.2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

1. All rule references are to Mo. R.Crim. P.2010, unless otherwise indicated.

affirm the judgment pursuant to Rule 30.25(b).